# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| **LORI KIRCHER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Case No. 08-CV-2073 |
| ) | |
| **CAPITOL PAGING, INC., an Illinois** ) | |
| **Corporation d/b/a CAPITEL** ) | |
| **COMMUNICATIONS OF CENTRAL** ) | |
| **ILLINOIS,** ) | |
| **Defendant.** ) | |

## ORDER

On March 18, 2008, Plaintiff, Lori Kircher, filed her Complaint (#1) in this court against Defendant, Capitol Paging, Inc. Plaintiff alleged that she is a resident of Shelby County, Illinois. She also alleged that Defendant maintained a retail sales facility in Pana, Christian County, Illinois. Based upon the allegations in the Complaint, the alleged employment discrimination took place in Christian County, Illinois.

Both Shelby County and Christian County are located in the Springfield Division of the Central District of Illinois. Rule 40.1 of the Local Rules of the Central District of Illinois provides that cases which arise from Christian and Shelby Counties are to be filed in Springfield and heard by the judges of this court regularly sitting in Springfield.

IT IS THEREFORE ORDERED THAT:

(1) This case is transferred to the Springfield Division of the Central District of Illinois.

(2) This case is hereby assigned to United States District Judge Jeanne E. Scott.

ENTERED this 21st day of April, 2008

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE